UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

United States of America, Crim. No. 01-0034 (PAM/JGL)

Plaintiff,

v. **ORDER**

Cordova Lynch,

Defendant.

---

This matter is before the Court on Defendant's informal request that the Court waive the requirement that Defendant pay support and housing fees he incurs while residing at a community corrections center. The United States Probation Office does not oppose Defendant's request.

Defendant will be housed in a community corrections center for the next six months. While in the community corrections center, Defendant will have limited income and must meet child support payment obligations. As a result, the Court finds that Defendant will incur significant financial hardship if he is required to pay a per diem or other fee as part of his community corrections housing sanction.

Accordingly, **IT IS HEREBY ORDERED** that Defendant's request is **GRANTED**.

Dated: November 19, 2004

s/ Paul A. Magnuson
Paul A. Magnuson
United States District Court Judge