AO 442 (Rev. 5/93) Warrant for Arrest

# UNITED STATES DISTRICT COURT

## District of Minnesota

2005 JUN 17 P 2:51

RECEIVED U.S. MARSHAL ST. PAUL MINN

UNITED STATES OF AMERICA

**WARRANT FOR ARREST**

V.

CASE NUMBER: **CR 01-34(1) PAM**

0541-0617-1281-D

Cordova Jamal Lynch

US MARSHALS SERVICE MPLS., MN JUN 20 10 05 AM '05 RECEIVED

To: The United States Marshal
and any Authorized United States Officer

YOU ARE HEREBY COMMANDED to arrest: Cordova Jamal Lynch

and bring him or her forthwith to the nearest Magistrate Judge to answer an Order of the Court charging him or her with:
Violation of Supervised Release

Ordered by: Paul A. Magnuson, United States District Court Judge.

June 17, 2005 at St. Paul, MN

(By) Mary Kay Furchner, Deputy Clerk

**RETURN**

This warrant was received and executed with the arrest of the above-named defendant at ___________

Date Received: ________________________ Date of Arrest: ______________________

Name and Title of Arresting Officer _______________ Signature of Arresting Officer _______________

ARRESTED ON 6-17-05
ARRESTED BY USMS
U.S. MARSHAL
DISTRICT OF MINNESOTA
BY ________

SCANNED JUN 21 2005 U.S. DISTRICT COURTS

criminal\warrant.frm DC Modified 12/08/04