**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF MINNESOTA**

# REVOCATION HEARING

UNITED STATES OF AMERICA,
Plaintiff,

v.

(1) CORDOVA LYNCH,
Defendant.

## COURT MINUTES - CRIMINAL

BEFORE: MICHAEL J. DAVIS
U.S. District Court Judge

Case No: 01-34 (PAM/JGL)
Date: June 20, 2006
Court Reporter: Lori Simpson
Tape Number:
Time Commenced: 10:29
Time Concluded: 10:36
Time in Court: 7 minutes

## APPEARANCES:

Plaintiff: Andy Dunne, Assistant U.S. Attorney
Defendant: Al Goins

## PROCEEDINGS:

☒ **Revocation of Supervised Release**
☒ Defendant admits allegations.

## ORDERED:

☒ Defendant remanded to custody of the U.S. Marshal.

Factual basis given. Sentencing is continued to July 5, 2006.

s/Debbie Halfman
Calendar Clerk