IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MINNESOTA

# REVOCATION HEARING

UNITED STATES OF AMERICA,
Plaintiff,
v.

(1) CORDOVA LYNCH,
Defendant.

**COURT MINUTES - CRIMINAL**
BEFORE: MICHAEL J. DAVIS
U.S. District Court Judge

Case No: 01-34 (PAM)
Date: July 5, 2006
Court Reporter: Lori Simpson
Tape Number:
Time Commenced: 2:47
Time Concluded: 2:51
Time in Court: 4 minutes

## APPEARANCES:

Plaintiff: Andy Dunne, Assistant U.S. Attorney
Defendant: Al Goins

## PROCEEDINGS:

: **Revocation of Supervised Release - Final Hearing.**
: Defendant admits allegations.

## ORDERED:

: Defendant remanded to custody of the U.S. Marshal.
: Supervised Release will be terminated after the 24 months have been served
: Defendant is sentenced to: 24 months to run concurrently to the sentence imposed in 05-263

s/Debbie Halfman
Calendar Clerk