# United States District Court
**District of Minnesota**

UNITED STATES OF AMERICA
v.
**Cordova Jamal Lynch**

**JUDGMENT IN A CRIMINAL CASE**
(For **Revocation** of Supervised Release)
Case Number: **01-34 (1) (PAM)**
USM Number: **09808-041**
Social Security Number: **5089**
Date of Birth: **1969**

**Albert Goins**
Defendant's Attorney

**THE DEFENDANT:**

[**X**] admitted guilt to violation of condition(s): **Mandatory Condition** of the term of supervision.

The defendant is adjudicated guilty of these violations:

| Violation Number | Nature of Violation | Violation Ended |
|---|---|---|
| Mandatory Condition | The defendant shall not commit any federal, state or local crime. | June 2, 2005 |

The defendant is sentenced as provided in pages 2 through 3 of this judgment. The sentence is imposed pursuant to the Sentencing Reform Act of 1984.

It is ordered that the defendant must notify the United States attorney for this district within 30 days of any change of name, residence, or mailing address until all fines, restitution, costs, and special assessments imposed by this judgment are fully paid. If ordered to pay restitution, the defendant must notify the court and United States attorney of any material change in economic circumstances.

**July 5, 2006**
Date of Imposition of Judgment

s/Michael J. Davis
Signature of Judge

**MICHAEL J. DAVIS**, United States District Judge
Name & Title of Judge

July 6, 2006
Date

DEFENDANT: CORDOVA JAMAL LYNCH
CASE NUMBER: 01-34 (1) (PAM)

# IMPRISONMENT

The defendant is hereby committed to the custody of the United States Bureau of Prisons to be imprisoned for a total term of **24 months**. This term is to be served concurrently with the sentence imposed in criminal number 05-263 (MJD/SRN).

[**X**] The court makes the following recommendations to the Bureau of Prisons:
**The Court recommends that the defendant be housed at FMC Rochester.**

[**X**] The defendant is remanded to the custody of the United States Marshal.

# RETURN

I have executed this judgment as follows:

________________________________________

________________________________________

________________________________________

Defendant delivered on ____________________ to ______________________________

at ________________________ , with a certified copy of this judgment.

__________________________
United States Marshal

By __________________________
Deputy United States Marshal

DEFENDANT: CORDOVA JAMAL LYNCH
CASE NUMBER: 01-34 (1) (PAM)

## SUPERVISED RELEASE

Upon release from imprisonment, there will be no Supervised Release to follow.